| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>KURBY DECKER | COURT CASE NUMBER<br>6:22-cv-160-JCB-JDL |
|---|---|
| DEFENDANT<br>BRYAN COLLIER et al. | TYPE OF PROCESS<br>Civil |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>KRISTINE CAROUTH, LVN |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>UTMB Beto Unit, 1391 FM 3328, Tennessee Colony, Texas 75880 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 | 1 |
|---|---|---|
| KURBY DECKER<br>6812 N. Troost Ave.<br>Gladstone, Missouri 64118 | Number of parties to be served in this case | 6 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Summons, Complaint, Order to Answer - serve personally or by certified mail with delivery restricted to addressee only.

| Signature of Attorney other Originator requesting service on behalf of: *Wendy Cisbel* | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>(903) 590-1000 | DATE<br>4/27/2022 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>6 | District of Origin<br>No. 078 | District to Serve<br>No. 078 | Signature of Authorized USMS Deputy or Clerk | Date<br>04/28/22 |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 05/18/2022 | Time 9:46 | [X] am [ ] pm |
|---|---|---|---|
| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy | | |

Costs shown on *attached USMS Cost Sheet* >>

REMARKS  RTS - Not on Unit


RECEIVED MAY 18 2022 Clerk, U.S. District Court Texas Eastern

Form USM-285
Rev. 03/21

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  6:22-cv-160-JCB-JDL

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any)  KRISTINE CAROUTH, LVN
was received by me on (date)  04/28/2022   .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☒ I returned the summons unexecuted because  RTS / NOT ON UNIT PER TDCJ   ; or

☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  05/16/2022

Server's signature

MATTHEW W BUNNELL
Printed name and title

211 W. FERGUSON, TYLER, TX 75702
Server's address

Additional information regarding attempted service, etc:





CERTIFIED MAIL

**U.S. Depart[...]**

*United States [...]*
*Eastern Distr[...]*

*211 W. Ferguson*
*Tyler, TX 75702*

Official Business
Penalty for Private Use $300

NIXIE 731 CE 1 0105/14/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 75702722282 2266N134134-00371

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

5/3

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (*check box, add fee as appropriate*)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$

Postmark Here

7015 3430 0000 8855 9857

**KRISTINE CAROUTH, LVN**
UTMB BETO UNIT
1391 FM 3328
Tennessee Colony, TX 75880

PS Form 3800, April 2015 [...] See Reverse for Instructions

RTS

RTS/ NOT ON UNIT

**KRISTINE CAROUTH, LVN**
UTMB [redacted]

$8.76 0
US POSTAGE
FIRST-CLASS
062S0011396607
FROM 75702
B21682.13

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. KRISTINE CAROUTH, LVN
UTMB

9590 9402 5651 9308 1710 79

2. Article Number (Transfer from service label)
7015 3430 0000 8855 9857

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

ress different from item 1? ☐ Yes
lelivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...ail
☐ ...ail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| KURBY DECKER<br><br>*Plaintiff(s)*<br>v.<br>BRYAN COLLIER et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:22-cv-160-JCB-JDL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KRISTINE CAROUTH, LVN
UTMB, Beto Unit
1391 FM 3328
Tennessee Colony, Texas 75880

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  KURBY DECKER
6812 N. Troost Ave.
Gladstone, Missouri 64118

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/26/2022

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*