IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| KURBY DECKER | § | |
| VS. | § | CIVIL ACTION NO. 6:22cv160 |
| BRYAN COLLIER, ET AL. | § | |

ORDER

Before the Court is Defendant Holman and Taylor's motion for a more definite statement, (Dkt. #22), in this pending civil rights proceeding pursuant to 42 U.S.C. § 1983. Defendants seek an order directing Plaintiff Decker to file a more definite statement of his claim in reply to their assertion(s) of qualified immunity. *See Schultea v. Wood*, 47 F.3d 1427, 1433-34 (5th Cir. 1995).

The Court notes that it previously ordered Plaintiff Decker to file a more definite statement of his claims, which was due no later than July 20, 2022. While Plaintiff has not yet complied with this order, the Court will provide Plaintiff one additional opportunity to submit a more definite statement of his claims. Accordingly, it is

**ORDERED** that Defendants' motion for a more definite statement, (Dkt. #22), is **GRANTED**. Plaintiff Decker shall file a more definite statement of his claims, including, but not limited to, a discussion of Defendant Phillips, Holman, and Taylor's invocation of the defense of qualified immunity no later than September 9, 2022. The failure to comply with this order may result in the dismissal of this lawsuit.

**So ORDERED and SIGNED this 8th day of August, 2022.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE